IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID BURGOS<br>　　Plaintiff,<br><br>　　v.<br><br>CITY OF PHILADELPHIA, et al.<br>　　Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO. 13-4894<br>:<br>:<br>: |

# ORDER

**AND NOW**, this 11th day of February 2020, upon consideration of Defendant Corizon Health, Inc.'s Motion for Summary Judgment [Doc. No. 105], the City of Philadelphia, John Delaney, Louis Giorla, and Michele Farrell's ("City Defendants") Motion for Summary Judgment [Doc. No. 106], Plaintiff David Burgos's Motion for Sanctions [Doc. No. 100], and the responses thereto, it is hereby **ORDERED** as follows:

1) The City Defendants' Motion for Summary Judgment is **GRANTED**.
2) Corizon's Motion for Summary Judgment is **GRANTED in part and DENIED in part**. The Motion is denied as to Burgos's claims based on Corizon's failure to adopt a scabies policy. The Motion is granted as to all other claims.
3) Burgos's Motion for Sanctions is **GRANTED**. It is hereby **ORDERED** that this case is referred to Magistrate Judge Carol Sandra Moore Wells for a Report and Recommendation on the sanctions to be imposed. The parties shall report to the United States Courthouse, 601 Market Street, Courtroom 3F, on **February 24, 2020 at 2:00 PM**.
4) Plaintiff David Burgos, inmate # LJ5951, shall participate by videoconference to be arranged with the appropriate authorities at SCI Retreat.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**